UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

MOOHAVEN DAIRY LLC,                          Case No. 10-24239-dob
                                             Chapter 11 Proceeding
        Debtor.                              Hon. Daniel S. Opperman
_____/

Order Regarding Objection to
Closing of Case Filed by Hyzer, Hill, Kuzak & Co., P.C.

For the reasons stated in this Court's contemporaneous Opinion Regarding Objection to

Closing of Case Filed by Hyzer, Hill, Kuzak & Co., P.C. ("Hyzer Hill");

WHEREFORE, IT IS HEREBY ORDERED that the Objection of Hyzer Hill is

SUSTAINED, subject to Hyzer Hill filing an objection to the proof of claim of Bank of America

by **May 4, 2012,** and the payment by Hyzer Hill of fees incurred by the estate to the United

States Trustee after March 31, 2012, payable on monthly installments as invoiced by the Chapter

11 Trustee.  The failure of either will cause this case to be closed without any further hearing.

**Signed on April 26, 2012**

                                    /s/ Daniel S. Opperman
                             Daniel S. Opperman
                             United States Bankruptcy Judge

1